**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAXPAYERS OF UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PRESIDENT GEORGE BUSH, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-3927 SI<br><br>**ORDER RE: FILINGS BY DANNY O'DELL; NO FURTHER FILINGS SHALL BE ACCEPTED** |

The Court has received several filings by Danny O'Dell in this closed case. The Court informs Mr. O'Dell that this case is closed and that no further filings shall be accepted. If Mr. O'Dell wishes to file documents in connection with an appeal, he is directed to file such documents with the Court of Appeals. The Clerk shall serve a copy of this order on Mr. O'Dell.

**IT IS SO ORDERED.**

Dated: April 27, 2007

SUSAN ILLSTON
United States District Judge